IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERICK GATHERS,<br><br>           Plaintiff,<br><br>     v.<br><br>D'ARTAGNAN, INC.,<br><br>           Defendant. | Civil Action No. 1:20-cv-10578 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.      Whereas Plaintiff Erick Gathers filed the above-referenced case against Defendant D'Artagnan, Inc., on March 24, 2020.

2.      Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure. Rule 41(a)(1)(A)(i).

3.      Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

4.      Plaintiff respectfully requests the Court vacate the Motion Hearing set for November 12, 2020.

Dated: November 10, 2020          Respectfully Submitted,

                                  */s/ Jason M. Leviton*
                                  Jason M. Leviton
                                  jason@blockleviton.com
                                  BLOCK & LEVITON LLP
                                  260 Franklin Street, Suite 1860
                                  Boston, MA 02110
                                  Telephone: (617) 398-5600

                                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2020, a copy of the foregoing **NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)** was filed and served electronically through the Court's CM/ECF system to all registered participants, and was also served by mail on the parties listed below who are unable to accept electronic filing.

                                                       */s/ Jason M. Leviton*
                                                      Jason M. Leviton