UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERICK GATHERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 20-cv-10578-IT |
| | * | |
| D'ARTAGNAN, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL
November 10, 2020

TALWANI, D.J.

In accordance with Plaintiff's Notice of Dismissal Pursuant to Rule 41(a)(1) [#17], the Complaint [#1] is hereby dismissed with prejudice. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Indira Talwani
United States District Judge